Certificate Number: 05781-OHN-DE-041408322

Bankruptcy Case Number: 26-32042

05781-OHN-DE-041408322

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2026, at 10:08 o'clock AM PDT, Framces Bias completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: September 4, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President